**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1077**

---

HAYWOOD ALLEN CANNON,

Plaintiff - Appellant,

versus

LEWIS H. SWINDELL, IV; NORMAN EDWARD WIGGINS,
Individually and in his capacity as
administrator; MARVIN EUGENE WIGGINS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  W. Earl Britt, Senior
District Judge.  (CA-01-82-7-BR)

---

Submitted:  April 25, 2002          Decided:  May 6, 2002

---

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Haywood Allen Cannon, Appellant Pro Se.  Lewis H. Swindell, IV,
Norman Edward Wiggins, Marvin Eugene Wiggins, Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Haywood Allen Cannon appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Cannon v. Swindell</u>, No. CA-01-82-7-BR (E.D.N.C. Dec. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>